**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Tiffany L. Howell, | ) | Case No.: 2:24-cv-03902-DCN-WSB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ALTERNATIVE DISPUTE** |
| vs. | ) | **RESOLUTION ("ADR")** |
| | ) | **STATEMENT AND** |
| Medical University of South Carolina and | ) | **CERTIFICATION ON BEHALF OF** |
| Medical University Hospital Authority, | ) | **COUNSEL FOR DEFENDANTS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Amended Scheduling Order filed on September 19, 2024, the undersigned certifies that counsel for Defendants Medical University of South Carolina and Medical University Hospital Authority ("Defendants") has: (1) provided Defendants with a copy of the Order to Conduct Mediation; (2) discussed the availability of mediation with Defendants; and (3) discussed the advisability and timing of mediation with opposing counsel.

Submitted this 21st day of March 2025.

s/ Bob J. Conley
Bob J. Conley (FID #6791)
CLEVELAND & CONLEY, LLC
One Seventy-One Church Street, Suite 310
Charleston, South Carolina 29401
Telephone: (843) 577-9626
bconley@clevelandlaborlaw.com

ATTORNEY FOR DEFENDANTS